AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

JUN 17 2019

David J. Bradley, Clerk

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

## McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Wilmer Alexander Cornejo-Diaz

**CRIMINAL COMPLAINT**

Case Number:  M-19-*1402*-M

IAE   YOB:   1991
El Salvador

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____ **June 16, 2019** _____ in _____ **Hidalgo** _____ County, in

the _____ **Southern** _____ District of _____ **Texas** _____

*(Track Statutory Language of Offense)*

**being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Abram, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title _____ **8** _____ United States Code, Section(s) _____ **1326** _____ (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the
following facts:

**Wilmer Alexander Connejo-Diaz was encountered by Border Patrol Agents near Abram, Texas on June 16, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on June 16, 2019 near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on June 15, 2018 through Alexandria, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 4, 2018, the Defendant was convicted of Corruption of Minors and was sentenced to eleven (11) months, fifteen (15) days to (1) year, (11) eleven months confinement and three (3) years probation.**

Approved by AUSA S-DIPIAZZA  6/17/19 8:09am

SD; Piranja

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

Sworn to before me and subscribed in my presence,

_____ **June 17, 2019** _____   8:38 am

Signature of Complainant

Maria Guerrero   Border Patrol Agent

Peter E. Ormsby _____ , U.S. Magistrate Judge

Name and Title of Judicial Officer

Signature of Judicial Officer